DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LINDA D. GANN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LINDA D. GANN,<br><br>        Defendant. | NO. 1:05-mj-00192 SMS<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; and ORDER THEREON |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Linda D. Gann, having been advised of her right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in her own defense, and to litigate all issues by either jury or court trial, hereby waives her right to be personally present in open court upon the hearing of any non-substantive pretrial proceeding in this case, including any status conference, motions hearing, trial confirmation, and/or when a continuance is ordered, and hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's

presence is required will be deemed notice to the defendant of the requirement of her appearance at said time and place.

Defendant makes this request because she resides outside the Fresno, California, area, and because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship. Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED: January _____, 2007

/s/ Linda D. Erlandson Gann
LINDA D. GANN, Defendant


/s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant


# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **January 26, 2007**         **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

3b142a